IN THE SUPREME COURT OF THE STATE OF DELAWARE

KEON D. HOPKINS, § 
§ No. 276, 2017
Defendant Below, §
Appellant, § Court Below—Superior Court
§ of the State of Delaware
v. §
§ Cr. ID Nos. 14070138494 (S),
STATE OF DELAWARE, § 1407017107 (S), and
§ 1407025910 (S)
Plaintiff Below, §
Appellee. §

Submitted: October 16, 2017
Decided: October 19, 2017

## **ORDER**

This 19th day of October 2017, it appears to the Court that, on September 28, 2017, the Chief Deputy Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix in this matter on or before September 14, 2017. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice